## DEBORAH A. AMODIO *v.* VINCENT N. AMODIO*

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 459 (AC 15692), is granted, limited to the following issues:

---

* The appeal was withdrawn September 27, 2000.

"1. Did the Appellate Court properly conclude that the trial court improperly exercised its authority under General Statutes § 46b-86 (a) and improperly applied *McHugh* v. *McHugh*, 27 Conn. App. 724, 609 A.2d 250 (1992)?

"2. Did the Appellate Court properly conclude that the child support order in this case was nonmodifiable?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16312.

*Donald L. Altschuler*, in support of the petition.

Decided May 18, 2000